**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| 1ST FINANCIAL SD, LLC, a Nevada Limited Liability Company; SEED CONSULTING, LLC, a Nevada Limited Liability Company,<br><br>       Plaintiffs,<br><br>vs.<br><br>BRAD LEWIS, an individual; ABSOLUTE INDEMNITY CORPORATION, a Nevada corporation; CATALYST CREDIT,<br><br>       Defendants. | Case No.: 2:11-cv-00481-RLH-LRL<br><br>**O R D E R**<br><br>(Second Motion to Continue–#25) |

      Before the Court is Plaintiffs 1st Financial SD, LLC, and Seed Consulting, LLC's **Second Motion to Continue District Judge Hearing** (#25, filed Oct. 13, 2011). Just yesterday the Court denied Plaintiffs' first motion to continue because Plaintiffs did not inform the Court of the nature of the conflict, and why it should take precedence over a federal court hearing on jurisdictional issues. Plaintiff has now adequately informed the Court and have shown good cause to continue the hearing currently scheduled for October 28, 2011 at 2:30 p.m. The Court reschedules that hearing to 8:30 a.m. on the same date.

      Accordingly, and for good cause appearing,

      IT IS HEREBY ORDERED that Plaintiffs' Motion to Continue (#25) is GRANTED. The hearing for Defendants' motion to dismiss (#19) and motion requesting abstention (#9) is rescheduled to October 28, 2011 at 8:30 a.m.

      Dated: October 14, 2011

                                                    _____
                                                    **ROGER L. HUNT**
                                                    **United States District Judge**