NEIL ACKERMAN, ESQ.
Nevada State Bar No. 9950
NEIL ACKERMAN, ESQ., LLC.
2688 S. Rainbow Blvd., Suite D
Las Vegas, Nevada 89146
neil@ackermanattorney.com
Telephone: (702) 476-3045
Facsimile:  (702) 974-1557

X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd.
La Jolla, CA  92037
Telephone:  858-454-4313
Facsimile:   858-454-4314
jon@x-patents.com

Attorneys for Plaintiffs
1st FINANCIAL SD, LLC and
SEED CONSULTING, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1st FINANCIAL SD, LLC, a Nevada Limited Liability company; SEED CONSULTING, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD LEWIS, an individual, ABSOLUTE INDEMNITY CORPORATION, a Nevada corporation, and CATALYST CREDIT,<br><br>Defendants. | Case No. 11-cv-00481-RLH-LRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEPOSITION OF GARY BELFORD**<br><br>**(FIRST REQUEST)** |

1

IT IS HEREBY STIPULATED BETWEEN Plaintiffs 1st Financial SD, LLC and Seed Consulting, LLC and Defendants Brad Lewis, Absolute Indemnity Corporation, and Catalyst Credit, through their attorneys of record, as follows:

1. On December 19, 2011, this Court issued a Minute Order requiring, inter alia, that the "deposition of Gary Belford shall be set on or before Friday, January 20, 2012."
2. In order to accommodate counsel and Mr. Belford, the first available date that Mr. Belford's deposition could be scheduled is Monday, January 23, 2012.
3. No previous extensions have been granted in this deadline for scheduling of Mr. Belford's deposition.
4. The requested extension will not affect any other dates set by the Court in this case.

For all of the foregoing reasons, the parties hereby jointly request that the deadline for scheduling Mr. Belford's deposition be continued to January 23, 2012.

Dated:  January 12, 2012        X-PATENTS, APC

By:    s/ Jonathan Hangartner
           JONATHAN HANGARTNER

Attorney for Plaintiffs 1st FINANCIAL SD, LLC and SEED CONSULTING, LLC

Dated:  January 12, 2012        X-PATENTS, APC

By:    s/John R. Hawley
           JOHN R. HAWLEY

Attorney for Plaintiffs BRAD LEWIS, ABSOLUTE INDEMNITY CORPORATION, and CATALYST CREDIT

## **ORDER**

The parties' stipulated request to request to continue the deadline for scheduling Mr. Belford's deposition to January 23, 2012 is hereby GRANTED.

IT IS SO ORDERED.

Dated this 17th day of January, 2012

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I caused to be served a true and correct copy of the foregoing to all parties of record via the CM/ECF System.

DATED this 13th day of January, 2012.

                      /s/Jonathan Hangartner
                      Jonathan Hangartner